**THE UNITED STATES LIFE** Insurance Company In the City of New York

*(Called United States Life)*

125 Maiden Lane
New York, New York 10038

## CERTIFICATE OF INSURANCE

United States Life certifies that certain eligible persons are insured for the benefits described in this certificate. This insurance is subject to the eligibility and effective date requirements described on pages E of this certificate.

## IMPORTANT NOTICE

This certificate is a summary of the group policy provisions which affect **your** insurance. It is merely evidence of the insurance provided by such policy for TEMPEL STEEL COMPANY (the Policyholder).

The group policy is a contract between United States Life and the Policyholder. It may be changed or ended without notice to or consent of any insured person.

This certificate replaces any certificate previously issued by United States Life to you under the group policy.

The benefits described in this certificate are provided by group policy no. G-232,112

JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN

G-19001
FP

G-232,112

# CERTIFICATE INDEX

Each page in this certificate has a 2 line code at the bottom left of the page. The code "G-19001" means that the page belongs to the certificate series. The letter or letters below the certificate code represents a phonetic description of the particular section (FP = Face page; E = Eligibility). If a section requires more than one page, the descriptive letter is followed by a number indicating its order in the section (E-2 is the second page in the Employee Eligibility section).

This index refers you to the phonetic codes.

**SECTION**                                                                                           **PAGE(S)**

Face Page ........................................................................................................... FP

Schedule of Benefits............................................................................................. SCH

Definitions ........................................................................................................... DEF

Employee Eligibility
  Eligible Classes Of Employees........................................................................... E-1
  Date Employees Are Eligible For Insurance......................................................... E-1
  Date Employees' Insurance Takes Effect ........................................................... E-2
  Actively At Work Requirement............................................................................ E-2
  Date Employees' Insurance Ends ...................................................................... E-2
  Continuation of Insurance With Premium Payment ............................................. E-3

Long Term Disability Benefits................................................................................. LTDB

Pregnancy Benefits .............................................................................................. P

End Of Insurance Provided By The Group Policy ..................................................... END

General Provisions
  Incontestability.................................................................................................. GP
  Misstatements .................................................................................................. GP
  Payment For Expenses Incurred At Your Death .................................................. GP
  Payment To A Minor Or Incompetent ................................................................. GP
  Autopsy............................................................................................................ GP
  Assignment ...................................................................................................... GP
  Compliance With Law ....................................................................................... GP
  Gender............................................................................................................. GP

General Provisions For Accident And Health Insurance
  Filing A Claim .................................................................................................. GPAH
  Payment of Claims ........................................................................................... GPAH
  Physical Exams ................................................................................................ GPAH
  Time Limit On Legal Actions.............................................................................. GPAH

Consumer Complaint Notice................................................................................... CCN

**DEFINITIONS**

ACTIVE WORK or ACTIVELY AT WORK means that you perform each duty of your job for full pay. This must be done at the Policyholder's place of business or any place to which such business requires you to travel.

FULL-TIME means active work on the Policyholder's regular work schedule for the class of employees to which you belong. The work schedule must be at least 30 hours a week.

PHYSICIAN means:

- a medical practitioner licensed to provide medical services and perform general surgery, or
- any other practitioner whose services, by law of the state where such services are performed, must be covered by the group policy.

Each such person must be licensed in the state where he performs the service and must act within the scope of that license. He must also be certified and/or registered if required by such state.

HOSPITAL means a licensed institution which is approved by the Joint Commission on Accreditation of Hospitals. "Hospital" does not mean a place, or part of one, which is used mainly for:

- the aged
- the chronically ill
- convalescents
- drug addicts
- alcoholics
- a rest home
- a nursing home
- custodial, educational or rehabilitory care.

WAITING PERIOD means a period of consecutive days of disability for which no benefit is payable. The duration of the waiting period is shown in the Schedule of Benefits. The waiting period begins on the first day of disability occurring after the effective date of your insurance.

**SCHEDULE OF BENEFITS**

**EMPLOYEE BENEFITS**

### LONG TERM DISABILITY BENEFITS

| | |
|---|---|
| Waiting period during disability | 180 days |
| Benefit per month of disability: | |
| • maximum total disability benefit for total disability | 50% of your basic monthly pay, up to $6,000 |
| • maximum progressive partial disability benefit for partial disability | the monthly benefit that would be payable to you during total disability LESS the wages you earn while partially disabled |
| • minimum for each disability | $50 |

Maximum benefit period for each injury or sickness:

| | | |
|---|---|---|
| • if total disability begins prior to age 66 | | 2 years |
| if total disability begins at attained age: | 66 | 21 months |
| | 67 | 18 months |
| | 68 | 15 months |
| | 69 and over | 12 months |

| | |
|---|---|
| • for partial disability | until the earliest of: |
| | • the end of the maximum benefit period described above for total disability, or |
| | • the date you earn 85% or more of your basic monthly pay |
| Final survivor benefit payable at employee's death | an amount equal to 3 times the last monthly benefit* paid to you |

*The amount of the last monthly benefit will not reflect a reduction made for wages earned while partially disabled.

**Change In Amount Of Your Insurance**

A change in your status may result in a change in your amount of insurance.

**For a decrease**

If insurance is to end or decrease, such change will take effect on the date of change.

**For an increase**

You must be actively at work in an eligible class on the date an increase in your insurance is to take effect.  If you are not, such increase will take effect on the day you resume such work.

The date the increase is to take effect might not be a scheduled workday.  If so, you will be considered actively at work on such date if you were actively at work on your last scheduled workday.

G-19001
SCH

**EMPLOYEE ELIGIBILITY**

**ELIGIBLE CLASSES OF EMPLOYEES**

All full-time hourly employees of the Policyholder, but not those who are temporary, part-time or seasonal.

**DATE EMPLOYEES ARE ELIGIBLE FOR INSURANCE**

Each employee in an eligible class on January 1, 2002 will be eligible for insurance on the later of:

- that day, or
- the first day after he completes 90 days of full-time work in an eligible class.

Each employee who enters an eligible class after January 1, 2002 will be eligible for insurance on the first day after he completes 90 days of full-time work in such class.

**Rehired employees**

The Policyholder may choose to have insurance for former employees take effect on the date they re-enter an eligible class. This choice may apply to all or some classes of employees. Such former employees must be rehired within 6 months after their insurance ended. The Policyholder must notify United States Life of this choice in writing. If this choice is made, it will apply to all rehired employees in the same class. If it is not made, rehired employees must complete the waiting period(s) shown above.

**EMPLOYEE ELIGIBILITY (Continued)**

**DATE EMPLOYEES' INSURANCE TAKES EFFECT**

Your insurance will take effect on the date you are eligible.

**ACTIVELY AT WORK REQUIREMENT**

You must be actively at work in an eligible class on the date your insurance is to take effect. If you are not, such insurance will take effect on the day you resume such work.

The date insurance is to take effect might not be a scheduled workday. If so, you will be considered actively at work on such date if you were actively at work on your last scheduled workday.

**DATE EMPLOYEES' INSURANCE ENDS**

Your insurance will end at the earliest of:

1.  the date the group policy ends;

2.  the date insurance ends for your class;

3.  the end of the period for which the last premium has been paid for you; or

4.  the date employment ends; except as stated in the CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT provision, ceasing full-time work in an eligible class will be considered the end of employment.

**EMPLOYEE ELIGIBILITY (Continued)**

**CONTINUATION OF INSURANCE WITH PREMIUM PAYMENT**

The Policyholder may choose to continue your insurance by paying premiums for you if you cease full-time work due to:

• disability
• layoff
• part-time work
• leave of absence, or
• strike.

He may do so only for the limited period stated in the group policy.

If you cease full-time work, contact the Policyholder right away for details on continuation of your insurance, if any.

## LONG TERM DISABILITY BENEFITS

If, while insured, you become disabled and continue to be so disabled past the waiting period, United States Life will pay to you the benefits described below.

The waiting period is shown in the Schedule of Benefits.

## DEFINITIONS

TOTAL DISABILITY means:

• during the waiting period and next 24 months, your complete inability to perform the material duties of your regular job; "your regular job" is that which you were performing on the day before total disability began

• after such 24 months, your complete inability to perform the material duties of any gainful job for which you are reasonably fit by training, education or experience.

The total disability must be a result of an injury or sickness. To be considered totally disabled, you must also be under the regular care of a physician.

PARTIAL DISABILITY means that you are not able to perform the material duties of your regular job, but you are able to perform:

• at least one of these duties on a part-time basis, or
• at least one, but not all, of these duties on a full-time basis.

"Your regular job" is that which you were performing on the day before disability began.

The partial disability must be a result of an injury or sickness.

DISABILITY means total and/or partial disability.

BASIC MONTHLY PAY means your monthly rate of pay from the Policyholder. Such rate will be that in effect on the day before disability begins. "Basic monthly pay" includes commissions, but not bonuses, overtime pay or other extra compensation. Commissions will be averaged for the lesser of:

• the 24 month period of employment before the date disability begins, or
• the period of employment.

## TOTAL DISABILITY BENEFIT

The total disability benefit will begin to accrue on the day after the waiting period ends.

The total disability benefit will be paid monthly in the amount shown in the Schedule of Benefits, reduced by other income benefits as described on page LTDB-3.

Limited benefits will be paid for disability due to:

• alcoholism, drug addiction and mental, nervous or emotional disorders; and
• pre-existing conditions.

These benefits are described on page LTDB-2.

## PROGRESSIVE PARTIAL DISABILITY BENEFIT

The progressive partial disability benefit will begin to accrue on the day after the waiting period ends. During the waiting period, you may be either totally disabled, partially disabled or a combination of both. You do not have to be totally disabled before receiving a progressive partial disability benefit.

The progressive partial disability benefit will be paid monthly in the amount shown in the Schedule of Benefits.

Limited benefits will be paid for disability due to:

• alcoholism, drug addiction and mental, nervous or emotional disorders; and
• pre-existing conditions.

These benefits are described on page LTDB-2.

## BENEFITS FOR PART OF A MONTH

To determine the benefit to be paid for a period of less than a full month:

• divide the benefit by 30
• multiply the result by the number of days in such period.

LONG TERM DISABILITY BENEFITS (Continued)

## DURATION OF BENEFITS

Monthly benefits will be paid up to the maximum benefit periods shown in the Schedule of Benefits.

The benefit will end on the date:

1.  you fail to give required proof of continuing disability or verification of earnings, as needed;
2.  your disability ends;
3.  the maximum benefit period ends; or
4.  you die.

If the group policy ends, this will not act to end the maximum benefit period.

## PREGNANCY BENEFITS

No pregnancy benefits will be paid by this section, except as described on page P.

## LIMITED MONTHLY BENEFITS TO BE PAID FOR ALCOHOLISM, DRUG ADDICTION AND MENTAL, NERVOUS OR EMOTIONAL DISORDERS

If disability is due to alcoholism, drug addiction or a mental, nervous or emotional disorder, or any combination of these, a maximum of 24 monthly benefits will be paid while such disability continues.  Benefits may be paid beyond this 24 month period, as follows:

**If you are confined in a hospital on the last day of the month for which the 24th monthly benefit is to be paid**

Benefits will continue to be paid until you are discharged.

If you are still disabled when discharged, benefits will continue to be paid for the period disability continues, up to 90 days. If you are reconfined during this 90 day period for 14 or more consecutive days, benefits will continue to be paid during such second confinement.  When discharged, benefits will continue to be paid for the period disability continues, up to a final period of 90 days.

**If a hospital confinement begins after 24 monthly benefits have been paid**

Benefits will be paid for the period of confinement **if:**

*   disability continued from the end of the waiting period to the date of confinement, and
*   the confinement is for 14 or more consecutive days.

**Note:  No benefits will be paid for alcoholism, drug addiction and mental, nervous or emotional disorders beyond the maximum benefit period shown in the Schedule of Benefits.**

## LIMITED MONTHLY BENEFITS TO BE PAID FOR PRE-EXISTING CONDITIONS

PRE-EXISTING CONDITION means an injury or sickness for which you:

*   incurred charges
*   received medical treatment
*   consulted a physician, or
*   took prescribed drugs

within 3 months before you became insured by this section.

If disability is due to a pre-existing condition and it begins within 12 months of the date you become insured by this section, no benefits will be paid **unless you have not:**

*   incurred charges
*   received medical treatment
*   consulted a physician, or
*   taken prescribed drugs

for such condition, or any complication of it, for 6 continuous months, while insured.

If disability is due to a pre-existing condition and it begins more than 12 months after the date you become insured by this section, benefits will be paid as they accrue.

LONG TERM DISABILITY BENEFIT (Continued)

**SURVIVOR BENEFIT TO BE PAID IF YOU DIE**

If you die while disabled, United States Life will pay to the eligible survivor the final survivor benefit shown in the Schedule of Benefits **if:**

- such disability had continued for 180 or more consecutive days, and
- you were receiving benefits for such disability.

ELIGIBLE SURVIVOR means your lawful spouse if living on the date a benefit payment is due.  If the spouse is not living, the term means your dependent children.

**SUCCESSIVE PERIODS OF DISABILITY**

Successive periods of disability will be considered one period of disability unless they are:

- due to unrelated causes, or
- separated by a return to full-time work for 6 or more continuous months.

A separate waiting period will apply for each separate period of disability.

If you receive long term disability benefits from another group plan which replaces this section, this provision will not apply to you.

**REDUCTION ON ACCOUNT OF OTHER INCOME BENEFITS**

Other income benefits are those listed below which are provided to you.

Benefits provided to your dependents by reason of your disability or retirement will be considered to be provided to you.

If you are age 65 or over and are eligible for retirement benefits, you will be presumed to receive all such benefits for which you are eligible.

Each monthly benefit will be reduced by the sum of any income you receive that month from:

- an employer or self-employment
- an employer retirement plan, if such plan is elected by the employee
- the retirement system of any government agency
- the Federal Social Security Act, the Railroad Retirement Act, the Canada Pension Plan or the Quebec Pension Plan*
- an employer benefit plan providing disability income benefits, if such benefits do not reduce the employee's life insurance amount or if such plan is elected by the employee
- the Veterans Administration or any other government agency
- a workers' compensation or similar law.

*Unless you notify United States Life to the contrary, it will be assumed that the maximum family benefit is paid to you under these Acts or Plans.

**LONG TERM DISABILITY BENEFIT (Continued)**

**REDUCTION ON ACCOUNT OF OTHER INCOME BENEFITS (Continued)**

**Limited reduction - the "100% all sources" formula for partial disability**

**If:**
the monthly benefit to be paid under this section, before reduction, plus your part-time earnings and the other income benefits listed above, equals 100% or less of your basic monthly pay

**Then:**
no reduction will be made under this section.

**If:**
the monthly benefit to be paid under this section, before reduction, plus your part-time earnings and the other income benefits listed above, exceeds 100% of your basic monthly pay

**Then:**
a reduction will be made, but will be limited to the amount by which the total income benefit exceeds such 100%.

**Income increases**

An increase in income received from an employer or self-employment after the first month that benefits are paid for a period of disability will be used to determine the monthly benefit reduction. Such an increase in the remaining other income benefits will **not** be used to determine the monthly benefit reduction.

**Lump sum payments under other plans**

Other income benefits listed above may be paid in a lump sum. If so, United States Life will pro rate the sum over the period that would have applied had the payment not been made in a lump sum. If no period had been set, the lump sum will be pro rated on a monthly basis over your life expectancy, as determined by United States Life.

**CONTINUATION OF INSURANCE WITHOUT PREMIUM PAYMENT**

No premium is due for you while you are receiving monthly benefits. When you stop receiving monthly benefits, premiums must again be paid when due.

**EXCLUSIONS**

No monthly benefit will be paid for disability due to:

- intentionally self-inflicted injury
- a war or an act of war, or
- committing a crime or an attempt to do so.

G-19001
LTDB-4                                                                    100%

**PREGNANCY BENEFITS**

**FOR COMPLICATIONS OF PREGNANCY**

The benefits to be paid by any section of the group policy for a complication of pregnancy will be the same as those to be paid for a sickness.

COMPLICATIONS OF PREGNANCY means:

- conditions distinct from pregnancy, but caused or affected by it, which require hospitalization, provided the pregnancy does not terminate during such hospitalization

- non-elective caesarean section
- a terminated ectopic pregnancy, or
- spontaneous termination of pregnancy which occurs when a viable birth is not possible.

**FOR PREGNANCY PAID AS-ANY-OTHER-SICKNESS**

As used in the group policy for the benefits shown below, the term "sickness" includes:

- pregnancy
- childbirth
- abortion
- complications of any abortion, and
- related medical conditions

all referred to as "pregnancy."

**For long term disability benefits**

The benefits to be paid by the group policy for disability due to pregnancy will be the same as those to be paid for disability due to sickness.

G-19001
P(G)

FM
LTDB

**END OF INSURANCE PROVIDED BY THE GROUP POLICY**

**IF PREMIUM IS NOT PAID - GRACE PERIOD**

Each premium, after the first, may be paid up to 31 days after its due date. This period is the grace period. The insurance provided by the group policy will stay in effect during this period. If the premium is not paid by the end of this period, such insurance will end at that time.

United States Life may extend the grace period by written notice. Such notice will state the date insurance will end if the premium remains unpaid.

Premiums must be paid for a grace period and any extension of such period.

G-19001
END

# GENERAL PROVISIONS

## MISSTATEMENTS

A person's age, sex or any other data may be misstated.  If so, the correct data will be used to determine if insurance is in force.  If insurance is in force, the premium and/or benefits will be adjusted according to the facts.

## PAYMENT TO A MINOR OR INCOMPETENT

If any beneficiary or payee is a minor or is incompetent to receive payment, United States Life will pay his guardian.  United States Life will not be liable for such payment after it is made.

## ASSIGNMENT

United States Life will not be bound by any assignment unless it is in writing and is recorded at its home office.  United States Life is not responsible for the validity of an assignment.

## COMPLIANCE WITH LAW

On the date the group policy takes effect, some of its provisions may conflict with an applicable law. If so, any such provision is changed to comply with the minimums required by such law.

## GENDER

Male pronouns will be read as female where it applies.

## GENERAL PROVISIONS FOR ACCIDENT AND HEALTH INSURANCE

### FILING A CLAIM

To file a claim, a person must complete a proof of claim form.

Your employer may have these forms.  If so, get the form, complete it and send it as explained in **Steps 3 and 4** below.

If your employer does not have these forms, follow these steps:

### Step 1:

A claimant should send a written notice of claim to United States Life within 20 days of a loss.  No special form is required to do this.  The notice need only identify the claimant and the Policyholder.

### Step 2:

When United States Life receives the notice, it will send a proof of claim form to the claimant.

### Step 3:

The claimant should receive the proof of claim form within 15 days of the date United States Life received the notice of claim.

If the form is received within such time, it should be completed, as instructed, by all persons required to do so.  Additional proof, if required, should be attached to the form.

If the form is not received within such time, the claimant may provide written proof of claim to United States Life on any reasonable form.  Such proof must state the date the injury or sickness began and the nature and extent of the loss.

### Step 4:

Proof of claim must be sent to United States Life within 30 days after the waiting period (see Schedule of Benefits).  United States Life may require more proof as often as needed to verify disability.

If a notice or proof is sent later than the times shown above, United States Life will not deny or reduce a claim if the notice or proof was sent as soon as possible.

### PAYMENT OF CLAIMS

All benefits will be paid as they accrue.

### PHYSICAL EXAMS

United States Life, at its expense, has the right to examine the insured.  This may be done as often as needed to process a claim.

### TIME LIMIT ON LEGAL ACTIONS

Legal action may only be brought against United States Life during a certain period.  This period begins 60 days after the date proof of claim was filed and ends 3 years after the end of the period within which such proof is required.

G-19001
GPAH

3 yrs
LTD

**THE UNITED STATES LIFE** Insurance Company In the City of New York

*(Called United States Life)*

3600 Route 66
Neptune, NJ 07754
(732) 922-7000        NAIC No.: 70106

---

## CONSUMER COMPLAINT NOTICE

**This notice is to advise you that should any complaints arise regarding this insurance, please contact your agent. If you have additional questions you may contact United States Life at the address and telephone number shown above.**

**If you have been unable to contact or obtain satisfaction from United States Life or the agent, you may contact the Illinois Department of Insurance at:**

**Illinois Department of Insurance**
**Consumer Division**
**Springfield, Illinois 62767**

**Written correspondence is preferable so that a record of your inquiry is maintained. When contacting your agent, United States Life or the Department of Insurance, have your policy number available.**