# Disability RMS

*Committed to a higher standard*



**07 C 6653**

**Disability Reinsurance Management Services, Inc.**
One Riverfront Plaza
Westbrook, ME 04092-9700
(877) 489-9784
Fax (866) 376-9480

August 12, 2004

Yousif Toma
4309 N. Wolcott
Chicago, IL 60613

**JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE NOLAN**

Dear Mr. Toma,

Disability RMS is the claims administrator for United States Life Insurance Company, the Long Term Disability insurance carrier for Tempel Steel.

We are pleased to advise you that your long term disability claim has been approved as we have determined that you currently meet the definition of disability. The policy defines disability as follows:

TOTAL DISABILITY means:

- during the waiting period and next 24 months, your complete inability to perform the material duties of your regular job; "your regular job" is that which you were performing on the day before total disability began
- after such 24 months, your complete inability to perform the material duties of any gainful job for which you are reasonably fit by training, education or experience.

The total disability must be a result of an injury or sickness. To be considered totally disabled, you must also be under the regular care of a physician.

PARTIAL DISABILITY means that you are not able to perform the material duties of your regular job, but you are able to perform:

- at least one of these duties on a part-time basis, or
- at least one, but not all, of these duties on a full-time basis.

"Your regular job" is that which you were performing on the day before disability began.

The partial disability must be a result of an injury or sickness.

DISABILITY means total and/or partial disability.

Your disability coverage has a 180 day elimination period that must be satisfied before benefits become payable. Using a date of disability of October 28, 2003, benefits became payable on April 25, 2004.

Please feel free to give me a call at the number below if you should have any questions.

Sincerely,


Keith Johnson
Managed Disability Analyst
1-(877) 489-9784

cc:    Atty: Bryan Flangel
       Katz, Friedman, Eagle, Eisenstein and Johnson
       77 West Washington, 20th Floor
       Chicago, IL 60602

In regards to your benefit payment, the LTD policy is designed to preserve your monthly income at 50% of your pre-disability income not to exceed the maximum monthly amount of $6,000.00. Therefore, any other income benefits you are eligible to receive such as Social Security Disability, Pension, Retirement, Worker's Compensation or other group insurance benefits will be subtracted from your monthly benefit. However, your monthly benefit will not be less than $50.00, the minimum monthly benefit provided by the policy.

You will be receiving your initial benefit check for the period of April 25, 2004 to August 25, 2004 under separate cover from United States Life Insurance Company in about one week. Future benefit checks will be paid at the end of each monthly benefit period. Benefits will continue while you remain contractually disabled but not beyond the maximum benefit period provided by the policy or its limitation provisions.

We will require periodic updates regarding the status of your condition from you and your attending physician.

**Please keep us advised us of the status of your Worker's Compensation claim appeal. Forward copies of any current correspondence you have received regarding this matter.**

Based on the information we have gathered concerning your disability, it appears you should be eligible for Social Security Disability benefits. As you may be aware, the Long-Term Disability policy specifies that monthly benefits will be reduced by any amount paid or payable from Primary and Family Social Security Disability and Retirement benefits.

If you have not already done so, please make application for Social Security benefits for you and any eligible dependents. Calling your local Social Security office can do this. Please provide us with proof of your application and copy us on all future related correspondence. We will need a copy of your Social Security decision as soon as it is received.

We have enclosed an Agreement Concerning Benefits form that concerns your application for Social Security Disability. You have the option of having us estimate your potential Social Security Disability award and reducing your LTD benefit accordingly or receiving your full LTD benefit while your Social Security application is in process. If you elect the second option and Social Security Disability is awarded retroactively, an adjustment will be made to your benefit at that time and you will be responsible for immediate reimbursement of any overpayment that results on your LTD claim. Please complete this form in its entirety and return it to our office.

A favorable Social Security decision would benefit you and your dependents. The advantages of receiving Social Security benefits include:

1. Increased Disability Benefits. Though your Social Security benefit would offset your payment from your Long Term Disability carrier, your future Social Security cost of living increases are not offset. Meaning, your combined benefit amount would increase each year.

2. Increased Social Security Retirement benefits. Did you know that for every year you receive LTD benefits and do not collect Social Security Disability, zero (0) earnings are factored into your Social Security record? This can substantially lower your future Social Security Retirement benefits. Entitlement to Social Security disability will freeze your earnings record and exclude those disabled, non-working years so you can receive a higher Social Security retirement benefit at age 65.

3. Health Insurance through Medicare Entitlement. Twenty-four (24) months after entitlement to Social Security disability benefits you can become entitled to Medicare benefits. This inexpensive health insurance includes Part A hospital insurance and Part B medical benefits regardless of age.

4. Trial Work Period - in most cases, entitlement to Social Security disability also entitles you to a trial work period. This will allow you to work for up to nine (9) months while you still receive your full Social Security disability benefits.



# Disability RMS
*Committed to a higher standard*

## AGREEMENT CONCERNING BENEFITS

**Insurer:** United States Life Insurance Company

**Policyholder:** Tempel Steel

**Claimant (referred to as "I", "Me", or "My"):** Yousif Toma

For valuable consideration set forth herein, the Insurer and I agree as follows:

1. The Policy under which I am insured provides that Long Term Disability benefits will be reduced by Pension/Retirement/Social Security/Worker's Compensation benefits, which are provided to Me or for which I am eligible. **[Benefits provided to My dependents by reason of My disability or retirement will be considered to be provided to Me.]** The Insurer is entitled, under the Policy, to estimate any Pension/Retirement/Social Security/Worker's Compensation benefits my dependents and I may be eligible to receive and reduce my monthly benefit by a corresponding amount, pending the final determination of my Pension/Retirement/Social Security/Worker's Compensation application.

2. I, for myself, my heirs, executors, administrators, and assigns, agree that I am not currently receiving any benefits from Pension/Retirement/Social Security/Worker's Compensation. I have applied for, or will be applying for, benefits from Pension/Retirement/Social Security/Worker's Compensation. I have or will provide the Insurer with proof of my application for these benefits.

3. While a decision concerning my benefits from Pension/Retirement/Social Security/Worker's Compensation is pending, I elect to:

    *Indicate your election by checking #A or #B below*

    ( ) A. Have my monthly Long Term Disability benefit payment reduced by an estimated amount of Pension/Retirement/Social Security/Worker's Compensation benefits. When I provide the Insurer with proof of the amount awarded, the monthly policy benefit amount will be adjusted and determination of any underpayment or overpayment will be made at that time. If the final decision from Pension/Retirement/Social Security/Worker's Compensation is a benefits denial, the estimated offset amount will be returned to Me in a lump sum.

    ( ) B. Receive my monthly Long Term Disability benefit with no estimated reduction for benefits from Pension/Retirement/Social Security/Worker's Compensation. I understand that this may result in an overpayment of my Long Term Disability claim, and I agree to reimburse any overpayment in full immediately following receipt of award for said benefits. If for any reason the overpayment is not immediately paid in full, then I agree to reduce my monthly benefit below the minimum monthly benefit stated in my Certificate of Insurance until the overpayment is reimbursed in full.

    (Section 5 doesn't apply if Option 3 (A) is selected)

4. I understand and acknowledge that for any Worker's Compensation or Third-party Recovery that would be an offset under the Policy, the Insurer, if permitted by the applicable state law, may file the appropriate lien

or subrogation claim to protect its rights to recover any overpayment made as a result of my election of Option 3 (B) listed above.

5. By electing Option 3 (B) listed above, I understand that the Insurer, under a reservation of its rights, is agreeing not to take this estimated offset. In return, I also agree that if I don't repay promptly any overpayment caused by a Pension/Retirement/Social Security/Worker's Compensation award to Me, the Insurer shall be entitled, in addition to its rights under Option 3 (B) above and the Policy, to:
    (A) Impose a constructive trust on any Pension/Retirement/Social Security/Worker's Compensation lump sum award to recover this overpayment; and
    (B) Sue Me for breach of this agreement to be restored to the Insurer's rightful position with respect to the correct net payments due to Me.

Insured's Signature _____    Witness _____

Date _____

On behalf of: United States Life Insurance Company

By _____    Witness _____

Date _____