# Disability RMS
*Committed to a higher standard*

Please return completed form to:
Disability Reinsurance Management Services, Inc.
One Riverfront Plaza
Westbrook, ME 04092-9700
Phone: (877) 489-9784
Fax: (866) 376-9480

**Please return both pages by: March 3, 2005**

## SUPPLEMENTARY PROOF OF LOSS
## LONG TERM DISABILITY - CLAIMANT'S STATEMENT

1. Insured's full name and address (Please Print) Yousif Toma
   Home Telephone 7738715859 Employer's Telephone _____
   Date of Birth: 01/07/1950
   Policy No.(s): _____
   Social Security No.: 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

2. Cause of Disability: Herniated Disc / persistent rectal bleed

**07 C 6653**
**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE NOLAN**

3. Have you received medical attention since your last report? Yes ☒ No ☐ If "Yes", list:
   (a) Names of Doctors: Dr Wesley Papor Chemosurgeon CDD
   (b) Dates of Treatment: July 2004

4. Have you been hospitalized or undergone surgery since your last report? Yes ☐ No ☒ If "Yes", list:
   (a) Name of Hospital
   (b) Dates of Confinement: no
   (c) Type of Surgery

5. (a) What are your present complaints? back pain / leg numbness
   (b) Briefly describe your present daily activities: back pain / rectal bleed

6. Date disability began: 10/27/03 Month/Day/Year

   (a) Are you still totally disabled and unable to perform all the duties of your regular occupation? Yes ☒ No ☐
   If "Yes" when do you expect to return to your regular occupation? __/__/not able
   If "No" when did you return to your regular occupation? n/a
   (b) If partially disabled, when did you begin working at your regular occupation? n/a
   (c) What important occupational duties have you been unable to perform during such partial disability? ___
   (d) Are you now gainfully employed in other than your regular occupation? Yes ☐ No ☒
   If "Yes", date you commenced such duties: __/__/__
   (e) Briefly describe the job and nature of duties performed:

7. (a) Are you now eligible for, have you applied for, or are you now receiving income benefits from:

| Social Security Disability | Social Security Retirement | Other Income Benefits: | Yes | No |
|---|---|---|---|---|
| Yes ☒  No ☐ | Yes ☐  No ☒ | Unemployment Compensation | ☐ | ☒ |
| ☐ applied | ☐ applied | State Disability Benefits | ☐ | ☒ |
| ☒ approved | ☐ approved | No-Fault Auto Insurance | ☐ | ☒ |
| ☐ denied | ☐ denied | Pension Disability | ☐ | ☒ |
| ☐ under appeal | ☐ under appeal | Regular Retirement | ☐ | ☒ |
| | | Worker's Compensation | ☐ | ☒ |
| | | Any other income benefit (Federal, State, VA, etc.) | ☐ | ☒ |

(b) If answer is "Yes", please give details including amounts received, effective date and name of company and organization or government agency from which benefits are being received. Attach documentation or copies of awards that you have not previously provided.
The statements above are true and complete to the best of my knowledge.

Insured's Signature _____    Date 2/18/02

# Disability RMS
*Committed to a higher standard*

Please return completed form to:

Disability Reinsurance Management Services, Inc.
One Riverfront Plaza
Westbrook, ME 04092-9700
Phone: (877) 489-9784
Fax: (866) 376-9480

**Please Return By: March 3, 2005**

## ATTENDING PHYSICIAN'S STATEMENT
THE PATIENT IS RESPONSIBLE FOR THE COMPLETION OF THIS FORM WITHOUT EXPENSE TO THE COMPANY

Patient's Name: Yousif Toma          Date of Birth: 01/07/1950

### 1. HISTORY
a. When did symptoms first appear or accident happen?  Date: 10/27/03
b. Date patient ceased work because of disability  Date: 10/27/03
c. Is condition a result of patient's employment?  ☒ Yes  ☐ No
d. Is condition due to a motor vehicle accident?  ☐ Yes  ☒ No
e. Has patient ever had a same or similar condition? (If yes, please describe.)  ☐ Yes  ☒ No
f. Names and addresses of other treating physicians:

g. Have you ever treated patient prior to this? (If yes, for what and when?)  ☒ Yes  ☐ No
   F/u CAD

h. Does patient have other disability coverage? (If yes, please identify.)  ☒ Yes  ☐ No

### 2. DIAGNOSIS
a. Diagnosis (including any complications): Herniated Disc
b. Subjective symptoms: numbness/pain/can't walk
c. Objective findings (include current X-rays, EKG's, laboratory data and any clinical data):
   MRI confirmed C-4-C5 disc

### 3. DATES OF TREATMENT
a. Date of first visit   Date: 12-2-63
b. Date of last visit    Date: 2-15-05
c. Frequency: ☐ Weekly  ☒ Monthly  ☐ Other(specify)

### 4. NATURE OF TREATMENT (surgery, medications, etc.)

### 5. EXTENT OF DISABILITY          ***IMPORTANT***
a. Are you aware of the main duties the patient performs in his/her usual work or business?  ☒ Yes  ☐ No
b. Are you aware of the patient's background (education, training, experience, etc.)?  ☒ Yes  ☐ No

Describe any restrictions (what your patient **should not do**):
   No physical labor

Describe any limitations (what your patient **cannot do**):
   Same

### 6. CARDIAC (If applicable)
a. Functional Capacity (American Heart Association):
   ☐ Class 1 (No Limitation)     ☐ Class 3 (Marked Limitation)
   ☒ Class 2 (Slight Limitation) ☐ Class 4 (Complete Limitation)

b. Blood Pressure (last visit):
   120 / 80
   Systolic / Diastolic

**7. PHYSICAL IMPAIRMENT** (As defined in Federal Dictionary of Occupational Titles)
- ☐ Class 1 – No limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
- ☐ Class 2 – Medium manual activity* (15-30%)
- ☐ Class 3 – Slight limitation of functional capacity; capable of light work* (35-55%)
- ☐ Class 4 – Moderate limitation of functional capability; capable of clerical/administrative (sedentary) activity* (60-70%)
- ☒ Class 5 – Severe limitation of functional capacity; incapable of minimal (sedentary) activity* (75-100%)
- ☐ Remarks:

**8. MENTAL/NERVOUS IMPAIRMENT** (If applicable)
- ☐ Class 1 – Patient able to function under stress and able to engage in interpersonal relations (No limitations).
- ☐ Class 2 – Patient able to function in most stress situations and engage in interpersonal relations (Slight Limitation).
- ☒ Class 3 – Patient able to engage in only limited stress situations and engage in limited interpersonal relations (Moderate limitation).
- ☐ Class 4 – Patient unable to engage in stress situations or engage in interpersonal relations (Marked limitation).
- ☐ Class 5 – Patient has significant loss of psychological, physiological, personal and social adjustment (Severe limitation).
- ☐ Remarks:

Do you believe the patient is competent to endorse checks and direct the use of the proceeds? ☐ Yes ☐ No

**9. PROGRESS**
a. Has patient ☐ Recovered? ☐ Improved? ☒ Unchanged? ☐ Regressed?
   If recovered, date patient able to work: Date:
b. Is patient ☐ Ambulatory? ☐ House confined?
c. Has patient been hospital confined? ☐ Bed confined? ☐ Hospital confined? ☐ Yes ☐ No

Please give name and address of hospital: Swedish Covenant Hospital 5145 N. California    Admitted _____ Discharged _____
Chgo Il 60625

d. Do you expect any significant improvement in the future?
   (1) If yes, when will patient recover sufficiently to perform the duties of:
   (a) HIS/HER REGULAR JOB? not at all    ☐ Yes ☒ No   ☐ 1 Month  ☐ 1-3 Months  ☐ 3-6 Months  ☐ Never
   (b) ANY OTHER TYPE OF WORK  not at all                ☐ 1 Month  ☐ 1-3 Months  ☐ 3-6 Months  ☐ Never
   (2) If no, please explain: Coronary Disease / persistent rectal bleed / disc herniation

e. If you do not expect patient to be able to return to his/her occupation or any other occupation, would you support his/her candidacy for Social Security Disability benefits? ☐ Yes ☐ No

**10. REHABILITATION**                                   PATIENTS JOB       ANY OTHER WORK
a. Is patient a suitable candidate for further rehabilitation services? (i.e., cardiopulmonary program, speech therapy, etc.)   ☐ Yes ☒ No   ☐ Yes ☐ No
b. Can present job be modified to allow for handling with impairment?   ☐ Yes ☒ No   ☐ Yes ☐ No
c. When could trial employment commence? ___/___/___   ☐ Full-time ☐ Part-time    ___/___/___ ☒ Full-time ☐ Part-time
d. Would vocational counseling and/or retraining be recommended?   ☐ Yes ☒ No   ☐ Yes ☐ No

**11. REMARKS:** Multiple conditions prevent return to work.

Name of Attending Physician (Print): Oleh Terlecky

DR. OLEH TERLECKY, MD
5140 N. CALIFORNIA AVE, SUITE 405
CHICAGO, IL 60625
TEL - 773-275-5050
FAX - 773-275-5058

Street Address / State / Zip Code    Signature    Date: 2/16/05

**Disability RMS**
*Committed to a higher standard*

# AUTHORIZATION FOR RELEASE OF INFORMATION (excluding psychotherapy notes)
## (HIPAA COMPLIANT)
### (to be signed and dated by the insured/claimant)

I authorize any licensed physician, any other medical practitioner or provider, pharmacist, hospital, clinic, other medical or medically related facility, federal, state or local government agency, insurance or reinsuring company, the Social Security Administration, consumer reporting agency or employer having information available as to diagnosis, treatment and prognosis with respect to any physical or mental condition and/or treatment of me, and any non-medical information about me (including any information, data or records regarding my Social Security, FICA earnings history, Worker's Compensation, State Disability, pension, credit, earnings and employment history) to give any and all such information to authorized representatives of Disability Reinsurance Management Services, Inc. (Disability RMS), and United States Life Insurance Company in the City of New York *excluding psychotherapy notes*, and including, but not limited to, any other mental or psychiatric records, medical, dental and hospital records (including psychiatric, alcohol, and drug abuse, and **HIV/AIDS\*** information) which may have been acquired in the course of examination or treatment. I understand that the information obtained by use of this authorization will be used by Disability RMS, United States Life Insurance Company in the City of New York and the above-described representatives to evaluate and adjudicate my current disability claim, and may be re-disclosed to (a) any medical, investigative, financial or vocational specialist or entity, or (b) any other organization or person, employed by or representing Disability RMS or United States Life Insurance Company in the City of New York to assist with the evaluation and adjudication of my current disability claim and/or to report aggregate claims information to United States Life Insurance Company in the City of New York. I understand that information used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and may no longer be protected by HIPAA's Privacy rules, or any other federal or state law.

This authorization is valid during the pendency of my claim and shall expire on the date my claim finally ends. A photocopy of this authorization is as valid as the original. I understand that my authorized representative or I have the right to request and receive a copy of this authorization and the information to which it pertains.

I understand that I have the right to revoke this authorization by notifying Disability RMS in writing, of my revocation. However, such revocation is not effective to the extent that Disability RMS and/or United States Life Insurance Company in the City of New York have relied previously upon this authorization for the use or disclosure of my protected health information. In addition, I understand that my revocation of, or my failure to sign this authorization may impair Disability RMS' and United States Life Insurance Company in the City of New York's ability to evaluate my current disability claim and as a result may be a basis for denying that current disability claim for benefits.

\*If you reside in **California**: this authorization excludes the release of Human Immunodeficiency Virus (HIV) and Autoimmune Deficiency Disorder (AIDS) information and test results. Separate authorizations signed by the insured claimant, or employee-claimant (for self-insured business) as to each specific test.

\*\*If you reside in **Connecticut, Maine, or Massachusetts**: this authorization excludes the release of information about Human Immunodeficiency Virus (HIV) and Autoimmune Deficiency Disorder (AIDS). A separate authorization signed by the insured claimant, or employee-claimant (for self-insured business) as to each specific test.

\*\*\*If you reside in **Vermont**: This authorization EXCLUDES the release of any information about previously administered HIV-related tests, including but not limited to tests for HIV antibodies, T-Cell counts, AIDS or ARC. The proposed insured is NOT AUTHORIZING Disability RMS to forward the results from any new test, requested by us, to any outside, non-affiliated company or entity not under specific contract with us to perform underwriting services, and Disability RMS shall comply, as applicable with the provisions of Title 8, Section 4724 (20) of the Vermont Statutes.

Claimant Name: Yousif Toma

Claimant Signature (or Authorized Representative): _[signature]_   Date: 2-16-05

Date of Birth: 01/07/1950
Description of Personal Representative's Authority [If applicable]:
[\*If signed by authorized representative, attach verification of identity]

TOTAL P.05