# Disability RMS
*Committed to a higher standard*

Disability Reinsurance Management Services, Inc.
One Riverfront Plaza
Westbrook, ME 04092-9700
(877) 489-9784
Fax (866) 376-9480

**07 C 6653**

February 16, 2005

Yousif Toma
4309 N. Wolcott
Chicago, IL 60613

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE NOLAN**

Dear Mr. Toma,

Disability RMS is the claims administrator for United States Life Insurance Company in the City of New York, the disability insurance carrier for Tempel Steel.

To effectively manage your long-term disability claim, we are in need of additional information.

In your Supplementary Statement received 2/16/05 you stated you were awarded Social Security Disability. As we informed you in our approval letter of 8/12/2004 these benefits are offsets to your long term disability benefit. Please forward a copy of your Social Security Disability Award Notice. We require a copy of your award to recalculate benefits due to you. No further benefits will be released until this information is received in order to reduce the expected overpayment made to you.

Your cooperation in providing the above information is greatly appreciated and will serve to expedite the handling of this claim. If you should have any questions, please contact me at the number below.

Sincerely,


Leigh Adams
Senior Managed Disability Analyst
1-(877) 489-9784

cc: Attorney Bryan Flangel
Katz, Friedman, Eagle, Eisenstein and Johnson
77 West Washington, 20th Floor
Chicago, IL 60602