# Disability RMS
*Committed to a higher standard*



Disability Reinsurance Management Services, Inc.
One Riverfront Plaza
Westbrook, ME 04092-9700
(877) 489-9784
Fax (866) 376-9480

**07 C 6653**

March 29, 2005

Yousif Toma
4309 N. Wolcott
Chicago, IL 60613

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE NOLAN**

Dear Mr. Toma,

Thank you for notifying us of your Social Security award. Under the terms of the Long Term Disability Insurance Policy issued by The United States Life Insurance Company in the City of New York to your employer, Tempel Steel, Social Security benefits are an offset to your Long Term Disability benefits.

Due to your Social Security award and the retroactive benefits you received, an overpayment has been created in the amount of **$13,760.50**. A copy of our calculation of your overpayment is attached. Typically, if you paid for an attorney/advocate to assist you during your application, the funds approved and paid to the advocate would reduce your total overpayment. It appears from the records received you did not have an advocate. If this is not accurate, please provide proof of your approved payment and we will reduce your overpayment accordingly.

You are required to fully reimburse the overpayment at this time. **Please forward your personal check or money order made payable to The United States Life Insurance Company in the City of New York for the full amount of the overpayment.**

**Once we have received full reimbursement, your benefits will be reinstated at $50.00 per month.**

If we do not receive full reimbursement of the overpayment within thirty (30) days of the date of this letter your file will be referred to our Collections Department.

If you should have any questions please contact me at the toll-free number below.

Sincerely,


Leigh Adams
Senior Managed Disability Analyst
(877) 489-9784

cc:   The United States Life Insurance Company in the City of New York

WE **DID PAY** AS FOLLOWS:

4/25/04-2/25/05 LTD BENEFIT at $1701.26 for 10 months =  $ 17012.60
4/25/04-6/15/04 STD BENEFIT at $1701.26 for 1 mo 20 days= - $ 2835.43

Total paid:                                                $14,260.50

**SHOULD HAVE PAID**

4/25/04-2/25/05 LTD BENEFIT at $1701.26 for 10 months =    $17012.60
4/25/04-6/15/04 STD BENEFIT at 1701.26 for 1 mo 20 days-  - $ 2835.43
4/25/04-2/25/05 SSDI OFFSET at $1794.00 for 10 months =   - $17940.00

** ADJUSTMENT
Total should have paid                                    +    4262.83
                                                          -$500.00

** The adjustment added in because your total offsets reduced your monthly benefit to -0- and your plan has a $50.00 minimum benefit. Anytime your offsets exceed your gross LTD benefit payable, you are eligible to receive a $50 minimum monthly benefit.

DID PAY              $14260.50
SHOULD HAVE PAID     $   500.00
                     $13,760.50

LESS ATTORNEY'S FEES     0

**TOTAL OVERPAID**   $13,760.50

# Disability RMS 

*Committed to a higher standard*

Disability Reinsurance Management Services, Inc.
One Riverfront Plaza
Westbrook, ME 04092-9700
(877) 489-9784
Fax (866) 376-9480

April 29, 2005

Yousif Toma
4309 N. Wolcott
Chicago, IL 60613

Dear Mr. Toma,

On 3/29/05, we wrote to you requesting full reimbursement of an overpayment due to your Social Security award. Under the terms of your benefit plan you are required to repay any and all overpayments. As of this date, we have not received your payment in the amount of **$13,760.50** or a response from you.

In order to avoid legal action please provide your personal check or money order payable to The United States Life Insurance Company in the City of New York in the amount of **$13,760.50** within fourteen (14) days of the date of this letter. In the event you are unable to make a full reimbursement of the overpayment, please contact me to discuss repayment options.

Your cooperation is greatly appreciated and will serve to expedite the handling of this claim and we look forward to your immediate response.

Sincerely,


Leigh Adams
Senior Managed Disability Analyst
(877) 489-9784

# Disability RMS



*Committed to a higher standard*

Disability Reinsurance Management Services, Inc.
One Riverfront Plaza
Westbrook, ME 04092-9700
(877) 489-9784
Fax (866) 376-9480

August 21, 2005

Yousif Toma
4309 N. Wolcott
Chicago, IL  60613

Dear Mr. Toma,

Disability RMS is the claims administrator for The United States Life Insurance Company in the City of New York, the disability insurance carrier for Tempel Steel.

As you know, your claim is overpaid 13,760.50. We have applied the minimum monthly benefit of $50.00 from 2/25/05 -8/25/05. Your remaining overpayment is: $13,460.50. Because we have not heard back from you regarding your repayment intentions, we have referred your claim to our legal department to assist with the recovery of the substantial overpayment.

Your cooperation in providing the above information is greatly appreciated and will serve to expedite the handling of this claim. If you should have any questions, please contact me at the number below.

Sincerely,


Leigh Adams
Senior Managed Disability Analyst
(877) 489-9784

cc:   The United States Life Insurance Company in the City of New York
      Robert Wagner

# Disability RMS

Disability Reinsurance Management Services, Inc.

One Riverfront Plaza
Westbrook, ME 04092-9700

(207) 591-3000
Fax (207) 591-3048

September 23, 2005

Bryan Flangel, Esq.
77 West Washington
20th Floor
Chicago, IL 60602

**Re: Yousif Toma – Overpayment of Long Term Disability Benefits**

Dear Mr. Flangel:

Thank you for taking the time to talk with me today with regard to your client, Yousif Toma. As discussed, Mr. Toma has been overpaid long term disability benefits as a result of his receipt of social security disability benefits, an offset to his disability benefits paid by US Life Insurance Company.

Disability benefits were paid to Mr. Toma from April 25, 2004 until February 25, 2005 without an offset for social security disability benefits.

Enclosed, please find three letters that were sent to Mr. Toma with regard to the overpayment and include the breakdown and calculations of the overpaid balance. Mr. Toma continues to receive disability benefits in the amount of fifty dollars per month, and those benefits are being applied to his overpaid balance. At this time, Mr. Toma's outstanding overpaid balance is $13,460.50.

Please have Mr. Toma send a check made payable to United States Life Insurance Company in the amount of $13,460.50 to my attention at the following address:
   Disability RMS
   One Riverfront Plaza
   Westbrook, Maine 04092-9700

Please call me with any questions. My direct phone number is 207-591-3219.

Regards,

Donna L. Karkos
Senior Paralegal
Office of the General Counsel

Encl.

**Disability RMS**

Disability Reinsurance Management Services, Inc.

One Riverfront Plaza
Westbrook, ME 04092-9700

(207) 591-3000
Fax (207) 591-3048

January 25, 2006

Bryan Flangel, Esquire
77 West Washington
20th Floor
Chicago, IL 60602

RE: Yousif Toma – Overpayment of Long Term Disability Benefits

Dear Mr. Flangel:

I am following up on our letter sent to you on September, 23, 2005. I have attached a copy of that letter with enclosures. To date, we have not heard back from you. Please contact me as soon as possible at 207-592-3219 so that we may resolve this matter. Thank you.

Regards,

Donna L. Karkos
Senior Paralegal
Office of the General Counsel

*Committed To A Higher Standard*

# Disability RMS

Disability Reinsurance Management Services, Inc.

One Riverfront Plaza  
Westbrook, ME 04092-9700

(207) 591-3000  
Fax (207) 591-3048

September 23, 2005



Bryan Flangel, Esq.  
77 West Washington  
20th Floor  
Chicago, IL 60602

Re: Yousif Toma – Overpayment of Long Term Disability Benefits

Dear Mr. Flangel:

Thank you for taking the time to talk with me today with regard to your client, Yousif Toma. As discussed, Mr. Toma has been overpaid long term disability benefits as a result of his receipt of social security disability benefits, an offset to his disability benefits paid by US Life Insurance Company.

Disability benefits were paid to Mr. Toma from April 25, 2004 until February 25, 2005 without an offset for social security disability benefits.

Enclosed, please find three letters that were sent to Mr. Toma with regard to the overpayment and include the breakdown and calculations of the overpaid balance. Mr. Toma continues to receive disability benefits in the amount of fifty dollars per month, and those benefits are being applied to his overpaid balance. At this time, Mr. Toma's outstanding overpaid balance is $13,460.50.

Please have Mr. Toma send a check made payable to United States Life Insurance Company in the amount of $13,460.50 to my attention at the following address:
   Disability RMS
   One Riverfront Plaza
   Westbrook, Maine 04092-9700

Please call me with any questions. My direct phone number is 207-591-3219.

Regards,

Donna L. Karkos  
Senior Paralegal  
Office of the General Counsel

Encl.

Case 1:07-cv-06653   Document 1-6   Filed 11/27/2007   Page 8 of 11

# Disability RMS 

*Committed to a higher standard*

**Disability Reinsurance Management Services, Inc.**
One Riverfront Plaza
Westbrook, ME 04092-9700
(877) 489-9784
Fax (866) 376-9480

August 21, 2005

Yousif Toma
4309 N. Wolcott
Chicago, IL 60613

Dear Mr. Toma,

Disability RMS is the claims administrator for The United States Life Insurance Company in the City of New York, the disability insurance carrier for Tempel Steel.

As you know, your claim is overpaid 13,760.50. We have applied the minimum monthly benefit of $50.00 from 2/25/05 -8/25/05. Your remaining overpayment is: $13,460.50. Because we have not heard back from you regarding your repayment intentions, we have referred your claim to our legal department to assist with the recovery of the substantial overpayment.

Your cooperation in providing the above information is greatly appreciated and will serve to expedite the handling of this claim. If you should have any questions, please contact me at the number below.

Sincerely,


Leigh Adams
Senior Managed Disability Analyst
(877) 489-9784

cc:   The United States Life Insurance Company in the City of New York
      Robert Wagner

# Disability RMS

*Committed to a higher standard*



---

Disability Reinsurance Management Services, Inc.
One Riverfront Plaza
Westbrook, ME 04092-9700
(877) 489-9784
Fax (866) 376-9480

April 29, 2005

Yousif Toma
4309 N. Wolcott
Chicago, IL 60613

Dear Mr. Toma,

On 3/29/05, we wrote to you requesting full reimbursement of an overpayment due to your Social Security award. Under the terms of your benefit plan you are required to repay any and all overpayments. As of this date, we have not received your payment in the amount of **$13,760.50** or a response from you.

In order to avoid legal action please provide your personal check or money order payable to The United States Life Insurance Company in the City of New York in the amount of **$13,760.50** within fourteen (14) days of the date of this letter. In the event you are unable to make a full reimbursement of the overpayment, please contact me to discuss repayment options.

Your cooperation is greatly appreciated and will serve to expedite the handling of this claim and we look forward to your immediate response.

Sincerely,


Leigh Adams
Senior Managed Disability Analyst
(877) 489-9784

# Disability RMS

*Committed to a higher standard*

Disability Reinsurance Management Services, Inc.
One Riverfront Plaza
Westbrook, ME 04092-9700
(877) 489-9784
Fax (866) 376-9480

March 29, 2005

Yousif Toma
4309 N. Wolcott
Chicago, IL 60613

Dear Mr. Toma,

Thank you for notifying us of your Social Security award. Under the terms of the Long Term Disability Insurance Policy issued by The United States Life Insurance Company in the City of New York to your employer, Tempel Steel, Social Security benefits are an offset to your Long Term Disability benefits.

Due to your Social Security award and the retroactive benefits you received, an overpayment has been created in the amount of **$13,760.50**. A copy of our calculation of your overpayment is attached. Typically, if you paid for an attorney/advocate to assist you during your application, the funds approved and paid to the advocate would reduce your total overpayment. It appears from the records received you did not have an advocate. If this is not accurate, please provide proof of your approved payment and we will reduce your overpayment accordingly.

You are required to fully reimburse the overpayment at this time. **Please forward your personal check or money order made payable to The United States Life Insurance Company in the City of New York for the full amount of the overpayment.**

**Once we have received full reimbursement, your benefits will be reinstated at $50.00 per month.**

If we do not receive full reimbursement of the overpayment within thirty (30) days of the date of this letter your file will be referred to our Collections Department.

If you should have any questions please contact me at the toll-free number below.

Sincerely,


Leigh Adams
Senior Managed Disability Analyst
(877) 489-9784

cc:   The United States Life Insurance Company in the City of New York

WE **DID PAY** AS FOLLOWS:

4/25/04-2/25/05 LTD BENEFIT  at $1701.26 for 10 months =   $ 17012.60
4/25/04-6/15/04 STD BENEFIT  at $1701.26 for 1 mo 20 days= - $  2835.43

**Total paid:**                                            $14,260.50

**SHOULD HAVE PAID**

4/25/04-2/25/05 LTD BENEFIT  at $1701.26 for 10 months =    $17012.60
4/25/04-6/15/04 STD BENEFIT  at 1701.26 for 1 mo 20 days-  - $ 2835.43
4/25/04-2/25/05 SSDI OFFSET  at $1794.00 for 10 months =   - $17940.00

**\*\* ADJUSTMENT**                                         +   4262.83
Total should have paid                                          $500.00

**\*\*** The adjustment added in because your total offsets reduced your monthly benefit to -0- and your plan has a $50.00 minimum benefit. Anytime your offsets exceed your gross LTD benefit payable, you are eligible to receive a $50 minimum monthly benefit.

DID PAY             $14260.50
SHOULD HAVE PAID    $   500.00
                    $13,760.50

LESS ATTORNEY'S FEES    0

**TOTAL OVERPAID**   $13,760.50