**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **THE UNITED STATES LIFE** | ) | |
| **INSURANCE COMPANY IN THE** | ) | |
| **CITY OF NEW YORK,** | ) | |
| | ) | **No.  07 C 6653** |
| **Plaintiff,** | ) | |
| | ) | **Judge Der-Yeghiayan** |
| **v.** | ) | |
| | ) | **Magistrate Judge Nolan** |
| **YOUSIF TOMA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**INITIAL STATUS REPORT**

Plaintiff, THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK ("U.S. Life"), by its attorneys, Michael J. Smith and Warren von Schleicher, hereby submits plaintiff's Initial Status Report and states as follows:

1)    Nature of Claims and Counterclaims.

This is an action by U.S. Life for equitable relief pursuant to 29 U.S.C. §1132(a)(3), or alternatively, pursuant to the federal common law of ERISA, in order to recover overpaid long term disability insurance benefits paid to Toma pursuant to his claim under the Tempel Steel Plan (the "Plan"), an employee welfare benefit plan established, maintained and endorsed by the Tempel Steel Company ("Tempel Steel") pursuant to ERISA. U.S. Life is the claims administrator and a fiduciary of the Plan.  Toma was a participant in and a beneficiary of the Plan, pursuant to 29 U.S.C. §1002(7) and (8), respectively.

The Plan is funded through a contract of insurance, Policy No. G-232,112 ("Group Policy"), issued to Tempel Steel by U.S. Life.

As part of his employment as a Material Handler at Tempel Steel, Toma was an insured under the Group Policy and was a member of an eligible class of employees.

In July 2004, Toma, through his insurance broker, submitted a claim for long term disability benefits under the Group Policy.  U.S. Life, through its claims administrator, Disability Reinsurance Management Services, Inc. ("Disability RMS") approved Toma's claim, determined his disability date to be October 28, 2003 and paid long term disability benefits to him, after completion of the 180-day elimination period, for the period from April 25, 2004 through February 25, 2005 at the rate of $1,701.26 monthly.

The Group Policy provides that an insured member's long term disability benefit is reduced on account of other income benefits, which includes, *inter alia*, amounts an insured receives or is entitled to receive as payment under the Federal Social Security Act.  U.S. Life claims that it is due monies from Toma pursuant to the aforementioned provision of the Group Policy.

2)    Relief Sought By Plaintiff:

U.S. Life seeks to recover $13,060.50 from Toma, and prejudgment interest, pursuant to principles of equitable restitution and 29 U.S.C. §1132(a)(3), or alternatively, under the federal common law of ERISA.  U.S. Life further seeks to recover its reasonable attorneys' fees and costs of suit pursuant to 29 U.S.C. §1132(g).

3)      Names of Parties Not Served:

Defendant was sent, on November 29, 2007, a Request for Waiver of Service of Summons.  Defendant has not, however, returned the executed Waiver of Service of Summons and has not yet filed his appearance in this matter which is due to be filed on or before January 28, 2008.

4)      Principal Legal Issues:

Whether, pursuant to the provisions of the Group Policy and ERISA, the Social Security Disability monies paid to Toma are to be reimbursed to U.S. Life.

5)      Principal Factual Issues:

Whether the monies are owed to plaintiff pursuant to the offset provisions of the Group Policy.

6)      List of Pending Motions and Brief Summary of Bases for Motions:

There are no pending motions at this time.

7)      Description of Discovery Requested and Exchanged:

U.S. Life maintains that discovery is properly confined to production of the Administrative Record, and opposes any effort to obtain discovery outside of the Administrative Record.

8)      Type of Discovery Needed:

U.S. Life maintains that discovery is properly confined to production of the Administrative Record, and opposes any effort to obtain discovery outside of the Administrative Record.

9) Proposed dates for: Rule 26(a)(1) disclosures, fact discovery completion, expert

discovery completion (including dates for the delivery of expert reports), filing of

dispositive motions, filing of a final pretrial order:

U.S. Life submits that Rule 26(a)(1) disclosures should be exchanged by February

29, 2008; that no fact or expert discovery is proper pursuant to ERISA; that

dispositive motions should be filed by May 5, 2008; and that no final pretrial

order will be necessary.

10) Estimation of when the case will be ready for trial:

This case should be decided on dispositive motion(s) and there should be no trial.

11) Probable Length of Trial:

This case should be decided on dispositive motion(s) and there should be no trial.

12) Whether a request has been made for a jury trial:

No request has been made for a jury trial.

13) Whether there have been settlement discussions and if so the outcome of those

discussions:

No settlement discussions have yet taken place.

14) Whether the parties consent to proceed before a Magistrate Judge:

Plaintiff consents to proceed before a Magistrate Judge.

Michael J. Smith                          Respectfully submitted,
Warren von Schleicher
Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005             By: /s/ Michael J. Smith
Chicago, Illinois  60603                        Attorney for Plaintiff, The United States Life
(312) 541-0300                                  Insurance Company in the City of New York
michael.smith@svs-law.com
warren.vonschleicher@svs-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2008, I electronically filed the foregoing using the CM/ECF system.  In addition, I hereby certify that I have served a paper copy of the electronically filed document, via U.S. Mail, postage pre-paid, on the following:

Mr. Yousif Toma
4309 N. Wolcott
Chicago, Illinois  60613

Respectfully submitted,

/s/ Michael J. Smith
Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005
Chicago, Illinois  60603
(312) 541-0300
(312) 541-0933 Facsimile
ARDC #2649691
michael.smith@svs-law.com