IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, <br><br> Plaintiff, <br><br> v. <br><br> YOUSIF TOMA, <br><br> Defendant. | No. 07 C 6653 <br><br> Judge Der-Yeghiayan <br><br> Magistrate Judge Nolan |

**JURISDICTIONAL STATUS REPORT**

Plaintiff, THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK ("U.S. Life"), by its attorneys, Michael J. Smith and Warren von Schleicher, hereby submits plaintiff's Jurisdictional Status Report and states as follows:

**I. Subject Matter Jurisdiction.**

This is an action by U.S. Life for equitable relief pursuant to 29 U.S.C. §1132(a)(3), or alternatively, pursuant to the federal common law of ERISA, in order to recover overpaid long term disability insurance benefits paid to Toma pursuant to his claim under the Tempel Steel Plan (the "Plan"), an employee welfare benefit plan established, maintained and endorsed by the Tempel Steel Company ("Tempel Steel") pursuant to ERISA. U.S. Life is the claims administrator and a fiduciary of the Plan. Defendant, Yousif Toma ("Toma") was a participant in and a beneficiary of the Plan, pursuant to 29 U.S.C. §1002(7) and (8), respectively. U.S. Life seeks to recover $13,060.50 from Toma, and prejudgment interest, pursuant to principles of equitable restitution and 29 U.S.C. §1132(a)(3), or alternatively, under the federal common law of ERISA. U.S. Life further seeks to recover its reasonable attorneys' fees and costs of suit pursuant to 29 U.S.C. §1132(g). The claim asserted herein arises under 29 U.S.C. §1132(a)(3)

and, alternatively, the federal common law of ERISA. Federal jurisdiction is based on federal question jurisdiction pursuant to 28 U.S.C. §1331. The district court has jurisdiction over the parties and over the subject matter of this dispute in accordance with 29 U.S.C. §§1132(e)(1) and (f).

**II.  Venue (Plaintiff's Position).**

U.S. Life submits that venue is proper in this district and division pursuant to 29 U.S.C. §1132(e)(2) and 28 U.S.C. §1391 and on the basis that Toma is a resident of Cook County, Illinois and, therefore, a citizen of the State of Illinois and all relevant acts or omissions occurred in the Northern District of Illinois. U.S. Life is a corporation duly organized and existing under and by virtue of the laws of the State of New York, with its principal place of business in New York, New York. U.S. Life, therefore, is a citizen of the State of New York. (U.S. Life attaches as support for venue its Complaint, with exhibits attached thereto).

| | |
|---|---|
| Michael J. Smith | Respectfully submitted, |
| Warren von Schleicher | |
| Smith, von Schleicher & Associates | |
| 39 S. LaSalle St., Suite 1005 | By: /s/ Michael J. Smith |
| Chicago, Illinois  60603 | Attorney for Plaintiff, The United States Life |
| (312) 541-0300 | Insurance Company in the City of New York |
| michael.smith@svs-law.com | |
| warren.vonschleicher@svs-law.com | |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2008, I electronically filed the foregoing using the CM/ECF system.  In addition, I hereby certify that I have served a paper copy of the electronically filed document, via U.S. Mail, postage pre-paid, on the following:

Mr. Yousif Toma
4309 N. Wolcott
Chicago, Illinois  60613

                Respectfully submitted,

                /s/ Michael J. Smith
                Smith, von Schleicher & Associates
                39 S. LaSalle St., Suite 1005
                Chicago, Illinois  60603
                (312) 541-0300
                (312) 541-0933 Facsimile
                ARDC #2649691
                michael.smith@svs-law.com