UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

The United States Life Insurance Company in the
City of New York

                                  Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No.:
　　　　　　　　　　　　　　　　　　　　　　　　1:07−cv−06653

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Samuel
　　　　　　　　　　　　　　　　　　　　　　　　Der−Yeghiayan

Yousif Toma

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 29, 2008:

      MINUTE entry before Judge Samuel Der−Yeghiayan :Status hearing held and continued to 03/31/08 at 9:00 a.m. Counsel for Plaintiff is warned that failure to serve summons and complaint on defendant by 03/27/08 will result in a dismissal of the action pursuant to FRCP 4. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.