AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK

V.

YOUSIF TOMA

CASE NUMBER: 07 C 6653

ASSIGNED JUDGE: Der-Yeghiayan

DESIGNATED
MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

Yousif Toma
4309 N. Wolcott
Chicago, Illinois 60613

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Smith
Warren von Schleicher
Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005
Chicago, Illinois 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

FEB 1 2 2008

DATE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. **07 C 6653**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Daniel Dziedzic**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

  ( X ) Summons & Complaint
  (   ) Citation to Discover Assets
  (   ) Rule to Show Cause
  (   ) Subpoena
  (   ) Other:

1. ( X ) By leaving a copy with the named party, **Yousif Toma** personally on **February 15, 2008**.

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3. (   ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**     RACE: **Caucasian**     APPROXIMATE AGE: **54**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **4309 N. Wolcott, Chicago, IL 60613**
TIME OF DAY: **6:37 PM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **18**th day of **February 2008**.

Daniel Dziedzic
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/19/11