# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

The United States Life Insurance Company in the
City of New York

|  | |
|---|---|
| | Plaintiff, |
| v. | Case No.: |
| | 1:07–cv–06653 |
| | Honorable Samuel |
| | Der–Yeghiayan |
| Yousif Toma | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable Samuel Der–Yeghiayan: Status hearing held and continued to 05/07/08 at 9:00 a.m. for prove–up. No one appeared on behalf of the Defendant on the Court's noticed status hearing. Plaintiff's oral motion for default is granted. Default is hearing entered in favor of the Plaintiff United States Life Insurance Co and against Defendant Yousif Toma. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.