# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

The United States Life Insurance Company in the
City of New York

                                        Plaintiff,

v.                                                                Case No.:
                                                                 1:07−cv−06653

                                                                 Honorable Samuel
                                                                 Der−Yeghiayan

Yousif Toma

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

      MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: The Court's previously minute entry dated 04/01/08 [13] is amended to state the following: Status hearing held on 04/01/08 and continued to 05/07/08 at 9:00 a.m. for prove−up. No one appeared on behalf of the Defendant on the Court's noticed status hearing. Plaintiff's oral motion for default is granted. Default is hereby entered in favor of the Plaintiff United States Life Insurance Co and against Defendant Yousif Toma. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.