**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 6653 |
| v. | ) ) ) | Judge Der-Yeghiayan |
| YOUSIF TOMA, | ) ) | Magistrate Judge Nolan |
| Defendant. | ) ) | |

**PLAINTIFF'S STATEMENT IN SUPPORT OF**
**ITS DEFAULT JUDGMENT PROVE-UP**

Plaintiff, THE UNITED STATES LIFE INSURANCE COMPANY ("U.S. Life"), by its attorneys, Michael J. Smith and Warren von Schleicher, submits its Statement in Support of Its Default Judgment Prove-Up, and states as follows:

1.      On November 27, 2007, U.S. Life filed its Complaint for Restitution pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.*("ERISA"), 29 U.S.C. § 1132 (a)(3), and the federal common law of ERISA. U.S. Life seeks to recover overpaid long-term disability insurance benefits obtained by the defendant, Yousif Toma ("Toma"), under his employer's ERISA plan.

2.      On February 15, 2008, Toma was served with the Summons and Complaint. (*See* Docket No. 12). Toma failed to file an answer to the Complaint. On April 1, 2008, therefore, the court entered an Order granting Default Judgment in favor of U.S. Life.

3.      Toma was a participant in the Tempel Steel Plan, which is an employee welfare benefit plan established and maintained by Tempel Steel Company pursuant to ERISA. The Plan provides long-term disability insurance coverage pursuant to the terms of Group Policy No.

G-232,112 ("Plan") (Affidavit of Elizabeth Pelletier attached hereto as Exhibit A, ¶ 2, Exhibit 1). U.S. Life is the insurer and a fiduciary of the Plan. U.S. Life engaged Disability Reinsurance Management Services, Inc., ("Disability RMS") to administer claims under the Plan.

4. In July of 2004, Toma submitted a claim for long-term disability benefits under the Plan, which U.S. Life approved. After completion of the Plan's requisite 180-day elimination period, U.S. Life paid long-term disability benefits to Toma from April 25, 2004 through February 25, 2005 in the total amount of $17,012.60. (Exhibit A, Pelletier Aff., ¶ 4).

5. On or about February 16, 2005, U.S. Life learned that Toma was approved to receive Social Security Disability Benefits. (Exhibit A, Pelletier Aff., ¶ 7). During the period from April 25, 2004 through February 25, 2005, Toma received $18,094.20 in Social Security Disability Benefits while also receiving long-term disability benefits under the Plan. (Exhibit A, Pelletier Aff., ¶'s 10, 11).

6. The Plan provides that the monthly amount of long-term disability benefits payable under the Plan shall be reduced by the amount of Social Security Disability Benefit received by Toma for the corresponding month. Specifically, the Plan provides, "[e]ach monthly benefit will be reduced by the sum of any income you receive that month from: the Federal Social Security Act…." (Exhibit A, Pelletier Aff., ¶ 12, Exhibit 1, Plan, p. G-19001 LTDB-3).

7. As a result of Toma's receipt of Social Security Disability Benefits, Toma received overpaid long-term disability benefits under the Plan in the total amount of $12,977.17. (Exhibit A, Pelletier Aff., ¶ 13).

8. U.S. Life, through its claims administrator, Disability RMS, made repeated requests to Toma for the return of all long term disability overpayments. Toma, however, failed to repay the overpayment to U.S. Life. (Exhibit A, Pelletier Aff., ¶ 13).

9.　　U.S. Life is entitled to recover the $12,977.17 in overpayments received by Toma pursuant to 29 U.S.C. §1132(a)(3) and *Sereboff v. Mid Atlantic Medical Services, Inc.* 126 S.Ct. 1869 (2006). *See also Gutta v. Standard Select Trust Ins. Plans*, No. 04 C 5988, 2006 WL 2644955 (N.D. Ill. Sept. 14, 2006) (granting summary judgment in favor of Standard and awarding $73,996.75 in restitution based on the insured's receipt of overpaid benefits.)

10.　　U.S. Life requests an award of $12,977.17 in overpaid benefits pursuant to principles of equitable restitution and 29 U.S.C. §1132(a)(3).

WHEREFORE, plaintiff, THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, as a result of the Default Judgment entered in favor of the plaintiff, requests entry of judgment in the total amount of $12,977.17.

Michael J. Smith  
Warren von Schleicher  
Smith, von Schleicher & Associates  
39 S. LaSalle St., Suite 1005  
Chicago, Illinois 60603  
(312) 541-0300  

Respectfully submitted,

By:　/s/ Warren von Schleicher  
　　　Attorney for Plaintiff, The United States Life Insurance Company in the City of New York

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2008, I electronically filed the foregoing using the CM/ECF system. In addition, I hereby certify that I have served a paper copy of the electronically filed document, via U.S. Mail, postage pre-paid, on the following:

Mr. Yousif Toma
4309 N. Wolcott
Chicago, Illinois  60613

                              Respectfully submitted,

                              /s/ Warren von Schleicher
                              Smith, von Schleicher & Associates
                              39 S. LaSalle St., Suite 1005
                              Chicago, Illinois  60603
                              (312) 541-0300
                              (312) 541-0933 Facsimile
                              ARDC #6197189
                              warren.vonschleicher@svs-law.com