

Order Form (01/2005)   Case 1:07-cv-06653   Document 16   Filed 05/07/2008   Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6653 | **DATE** | 5/7/2008 |
| **CASE TITLE** | The United States Life Insurance Company in the City of New York vs. Yousif Toma | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's oral motion for entry of default judgment in sum certain is granted. Default Judgment is hereby entered in favor of the Plaintiff United States Life Insurance Co and against Defendant Yousif Toma in the total amount of $13,977.17. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|

U.S. DISTRICT COURT
2008 MAY -8 AM 11:34
FILED