

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YOUSIF TOMA,<br><br>　　　　Defendant. | No. 07 C 6653<br><br>Judge Der-Yeghiayan<br><br>Magistrate Judge Nolan |

## JUDGMENT

Hearing held on May 7, 2008 for a prove-up, following the Court's entry of default judgment in favor of the plaintiff, The United States Life Insurance Company in the City of New York, and against the defendant, Yousif Toma (Docket No. 14). The plaintiff asserts a claim against the defendant, a participant in his employer's employee welfare benefit plan, to recover overpaid disability benefits under 29 U.S.C. §1132(a)(3) of the Employee Retirement Income Security Act of 1974 ("ERISA") (Docket No. 1). Federal jurisdiction is based on 28 U.S.C. §1331. In support of its prove-up, the plaintiff submitted a Statement in Support of its Prove-Up and an Affidavit of Elizabeth Pelletier, attesting that the defendant's disability claim was overpaid by the plaintiff in the amount of $12,977.17, on account of the defendant's receipt of Social Security Disability Benefits (Docket No. 15). The plaintiff's counsel orally represented to the Court that the plaintiff does not seek to recover prejudgment interest. The Court finds that the plaintiff has satisfied its burden of proving that the defendant's disability claim has been overpaid in the amount of $12,977.17, and that the overpayment is recoverable pursuant to 29 U.S.C. §1132(a)(3). The Court further grants the plaintiff's oral motion for attorneys' fees in the amount of $1,000.00 pursuant to 29 U.S.C. §1132(g). The plaintiff's counsel, Warren von

Schleicher, orally represented to the Court that he worked ten hours on this case, and that he seeks a discounted hourly rate of only $100.00. The Court finds that the amount of attorneys' fees requested is very reasonable. Judgment is hereby ordered and adjudged in the total amount of $13,977.17 in favor of the plaintiff, The United States Life Insurance Company in the City of New York, and against the defendant, Yousif Toma.

Dated: 5/7/08

ENTER:

*Samuel Der-Yeghiayan*
Honorable Samuel Der-Yeghiayan

Michael J. Smith
Warren von Schleicher
Smith, von Schleicher & Associates
39 S. LaSalle St., Suite 1005
Chicago, Illinois 60603
(312) 541-0300
michael.smith@svs-law.com
warren.vonschleicher@svs-law.com

2